JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIANZHENG PHOEBE XU, | Case No. CV 25-3383 FMO (AYPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN DOE, <u>et</u> <u>al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge